HONORABLE RONALD B. LEIGHTON

FILED
RECEIVED
AUG 30 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J GREGORY HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLSON WAGONLIT TRAVEL, INC.,<br><br>    Defendant. | CIVIL ACTION No. 10-CV-05659-RBL<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND WITHOUT ATTORNEYS FEES OR COSTS** |

By stipulation of the parties, Plaintiff J. Gregory Hill hereby dismisses with prejudice each and every claim against Defendant, Carlson Wagonlit Travel, Inc. Each party shall bear its own costs and attorneys fees. This stipulation resolves all remaining claims.

1   Stipulated to this 22nd day of August, 2011.   DORSEY & WHITNEY LLP

*Michael W. Droke*

MICHAEL W. DROKE, P.C. WSBA #25972
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
Attorneys for Carlson Wagonlit Travel, Inc.

J. Gregory Hill (pro se)

*J. Gregory Hill*

J. GREGORY HILL
6439 South Langston Road
Seattle WA 98178-5600
Telephone: (206) 293-2503

**ORDER**

Pursuant to the above Stipulation, without costs or attorneys fees to any party, each claim of Plaintiff J. Gregory Hill against Defendant, Carlson Wagonlit Travel, Inc., is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys fees. Accordingly, this matter is hereby dismissed in its entirety.

Entered this __30__ day of __August__, 2011.

_____
RONALD B. LEIGHTON
United States District Judge

## CERTIFICATE OF SERVICE

On this 29th day of August 2011, I caused to be served a true copy of the foregoing on the following:

J. Gregory Hill
6439 South Langston Road
Seattle WA 98178-5600

☐ Via Messenger
☐ Via ECF Notification
☒ Via Electronic Mail
☐ Via U.S. Mail
☐ Via Overnight Mail

DATED this 29th day of August, 2011.

_____
Michael W. Droke